◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK PHELPS, Appellant. [924 NYS2d 914]—Appeal by the defend-

ant, as limited by his motion, from a sentence of the Supreme Court, Kings County (DiMango, J.), imposed July 22, 2010, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Balkin, Chambers and Sgroi, JJ., concur.